UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40002-FDS

TOWN OF STURBRIDGE,

    Plaintiff,

v.

TANTASQUA REGIONAL SCHOOL DISTRICT, *et al.*,

    Defendants.

### THE COMMISSIONER OF EDUCATION'S ASSENTED TO MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER

Pursuant to Fed. R. Civ. P. 6(b)(1), the defendant David Driscoll, sued in his official capacity as Commissioner of the Massachusetts Department of Education ("the Commissioner"), respectfully moves for an enlargement of time within which to file his answer pending the Court's action on his Motion to Remand for Lack of Jurisdiction. In support of this motion, the Commissioner states the following:

1. This case was filed in the Massachusetts Superior Court in December of 2004.

2. On or about January 7, 2005, one of the defendants, the Town of Brimfield, removed the case to this Court.

3. The Commissioner files herewith a Motion to Remand for Lack of Jurisdiction, and asserts that this Court should remand the action to the Superior Court because the Eleventh Amendment bars this case from going forward in the federal court.

1

4. Should the Court allow the Motion to Remand, the case will proceed in the Superior Court and no further proceedings will take place in this Court. If the Court denies the Motion to Remand, the Commissioner requests that his answer be deemed timely if filed within 10 days after notice of denial.

5. Thus, the Commissioner respectfully requests that the Court enlarge the time within which he may answer, pending the Court's action on his Motion to Remand.

6. Counsel for the plaintiff, Patrick Costello, assents to this motion.

Respectfully submitted,

THE COMMISSIONER OF EDUCATION

By his attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

Ginny Sinkel, BBO# 629147
Assistant Attorney General
Administrative Law Division
Government Bureau
One Ashburton Place, Rm. 2019
Boston, MA 02108-1698
(617) 727-2200, ext.2096

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on Feb 10, 2005.

Date: February 10, 2005