United States District Court
For the Central District of Massachusetts

Civil Action No. 05-40002-FDB

| | |
|---|---|
| Town of Sturbridge,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| The Tantasqua Regional School District,<br>Towns of Brimfield, Brookfield, Holland, Wales,<br>and David Driscoll, in his Capacity as<br>Commissioner of Education for the Massachusetts<br>Department of Education,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |

Notice of Appearance

Please enter my appearance on behalf of the Town of Wales in the above-captioned matter.

The Defendant
Town of Wales, By its Attorney

Janet Hetherwick Pumphrey
45 Walker Street
Lenox, MA 01240
(413) 637-2777
BBO 556424

February 10, 2005

## CERTIFICATE OF SERVICE

I, Janet Hetherwick Pumphrey, hereby certify that on February 10, 2005 I caused a copy of the foregoing Notice of Appearance to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to:

Patrick J. Costelo, Esq.
Merrick, Louison & Costello
67 Batterymarch
Boston, MA 02110

Ginny Sinkel, Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108

Vincent J. McCaughey, Esq.
P.O. Box 601
807 Main Street
Warren, MA 01083

Thomas J. Harrington, Esq.
Pickett, Miyares & Harrington
124 Watertown Street
Watertown, MA 02472

Carole Sakowkski-Lynch, Esq.
Morrison Mahoney
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387

Michael J. Coyne
Bacon & Wilson
33 State Street
Springfield, MA 02203-2003

_____
Janet H. Pumphrey

February 10, 2005