United States District Court
For the Central District of Massachusetts

Civil Action No. 05-40002-FDB

| | |
|---|---|
| Town of Sturbridge, ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Motion to Remand to State Court |
| The Tantasqua Regional School District, ) | |
| Towns of Brimfield, Brookfield, Holland, Wales, ) | |
| and David Driscoll, in his Capacity as ) | |
| Commissioner of Education for the Massachusetts ) | |
| Department of Education, ) | |
|    Defendants ) | |

Now comes the Defendant, Town of Wales, through counsel, and submits this motion to remand this case to the Massachusetts Superior Court. As grounds therefor, the Town of Wales relies on the arguments set forth in the Commissioner of Education's Motion to Remand to State Court.

                                                                                     The Defendant
                                                                                    Town of Wales, By its Attorney

                                                                                    Janet Hetherwick Pumphrey
                                                                                    45 Walker Street
                                                                                    Lenox, MA 01240
                                                                                    (413) 637-2777
                                                                                    BBO 556424

February 10, 2005

CERTIFICATE OF SERVICE

I, Janet Hetherwick Pumphrey, hereby certify that on February 10, 2005 I caused a copy of the foregoing Notice of Appearance to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to:

Patrick J. Costelo, Esq.
Merrick, Louison & Costello
67 Batterymarch
Boston, MA 02110

Ginny Sinkel, Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108

Vincent J. McCaughey, Esq.
P.O. Box 601
807 Main Street
Warren, MA 01083

Thomas J. Harrington, Esq.
Pickett, Miyares & Harrington
124 Watertown Street
Watertown, MA 02472

Carole Sakowkski-Lynch, Esq.
Morrison Mahoney
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387

Michael J. Coyne
Bacon & Wilson
33 State Street
Springfield, MA 02203-2003

_____
Janet H. Pumphrey

February 10, 2005