UNITED STATES DISTRICT FOR THE
CENTRAL DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40002-FDS

TOWN OF STURBRIDGE,
    Plaintiff

v.

THE TANTASQUA REGIONAL SCHOOL DISTRICT, TOWNS OF BRIMFIELD, BROOKFIELD, HOLLAND AND WALES, AND DAVID DRISCOLL, in his capacity as COMMISSIONER OF EDUCATION FOR THE MASSACHUSETTS DEPARTMENT OF EDUCATION,
    Defendants

**AFFIDAVIT OF SERVICE**

I, the undersigned, Patrick J. Costello, Esq. do hereby date and depose the following:

1. I am an attorney duly qualified and admitted to the bar of the Commonwealth of Massachusetts, having been engaged in the practice of law since January 1985.

2. In my capacity as counsel for the Plaintiff, Town of Sturbridge, in the above-referenced action, I caused to be filed with the Worcester Superior Court a Civil Action Cover Sheet and Complaint on December 3, 2004.

3. Thereafter, pursuant to the provisions of Mass. R. Civ. P. 4(d)(3) and (4), I effected service of a Summons and copy of the aforementioned Complaint upon each of the Defendants named in said Complaint as follows:

    a. Service by certified mail return receipt requested on December 18, 2004 upon the Town Clerk of the Town of Brimfield (see Attachment A hereto);

    b.    Service by certified mail return receipt requested on December 14, 2004 upon the Town Clerk of the Town of Wales (see Attachment B);

    c.    Service by certified mail return receipt requested on December 13, 2004 upon the Town Clerk of the Town of Holland (see Attachment C);

    d.    Service by certified mail return receipt requested on December 13, 2004 upon the Town Clerk of the Town of Brookfield (see Attachment D);

    e.    Service by certified mail return receipt requested upon David P. Driscoll, Commissioner of the Commonwealth of Massachusetts Department of Education on December 13, 2004, and, in compliance with the provisions of Mass. R. Civ. P. 4(3) upon Thomas F. Reilly, Attorney General of the Commonwealth of Massachusetts on December 13, 2004 (see Attachment E); and

    f.    Service by certified mail return receipt requested upon the Chairman of the Tantasqua Regional School District, Treasurer of the Tantasqua Regional School District and Superintendent of the Schools of the Tantasqua Regional School District on December 13, 2004 (see Attachment E).

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 14TH DAY OF FEBRUARY, 2005.

    THE TOWN OF STURBRIDGE,
    By its Attorneys,

    /s/Patrick J. Costello
    Patrick J. Costello, Esq.
    Merrick, Louison & Costello, LLP
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305
    BBO# 543761

Dated: February 14, 2005
*\*\*Attachments have been sent via first class mail\*\**

CERTIFICATE OF SERVICE

      I, Patrick J. Costello, hereby certify that on the below date, I have electronically filed and sent via first class mail a copy of the foregoing Affidavit of Service as counsel for the Plaintiff, by first class mail, postage prepaid, to the following counsel:

Vincent J. McCaughey, Esq.  
807 Main Street  
P.O. Box 601  
Warren, MA 01083  

Michael J. Coyne, Esq.  
Bacon & Wilson, P.C.  
33 State Street  
Springfield, MA 01103  

Thomas J. Harrington, Esq.  
Pickett, Miyares & Harrington, LLP  
124 Watertown Street  
Watertown, MA 02472  

Ginny Sinkel, Esq.  
Assistant Attorney General  
Government Bureau  
1 Ashburton Place  
Room 2019  
Boston, MA 02108  

Janet H. Pumphrey, Esq.  
45 Walker Street  
Lennox, MA 01240  

Carole Sakowski-Lynch, Esq.  
Morrison Mahoney, LLP  
1500 Main Street  
Suite 2400  
P.O. Box 15387  
Springfield, MA 01115-5387