## UNITED STATES DISTRICT FOR THE
## CENTRAL DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 05-40002-FDS**

| | |
|---|---|
| TOWN OF STURBRIDGE,<br>              Plaintiff<br><br>v.<br><br>THE TANTASQUA REGIONAL SCHOOL DISTRICT, TOWNS OF BRIMFIELD, BROOKFIELD, HOLLAND AND WALES, AND DAVID DRISCOLL, in his capacity as COMMISSIONER OF EDUCATION FOR THE MASSACHUSETTS DEPARTMENT OF EDUCATION,<br>              Defendants | **MOTION OF PLAINTIFF,<br>TOWN OF STURBRIDGE,<br>TO REMAND TO STATE COURT** |

The Plaintiff, Town of Sturbridge, through counsel, hereby submits this motion to remand this case to the Massachusetts Superior Court. As grounds therefor, the Town of Sturbridge relies on and joins in the arguments set forth in the Commissioner of Education's Motion to Remand to State Court, previously filed on February 10, 2005.

                                                                   THE TOWN OF STURBRIDGE,
                                                                   By its Attorneys,

                                                                   /s/Patrick J. Costello
                                                                  Patrick J. Costello, Esq.
                                                                  Merrick, Louison & Costello, LLP
                                                                  67 Batterymarch Street
                                                                  Boston, MA 02110
                                                                  (617) 439-0305
                                                                  BBO# 543761

Dated: February 15, 2005

CERTIFICATE OF SERVICE

      I, Patrick J. Costello, hereby certify that on the below date, I have electronically filed and sent via first class mail a copy of the foregoing Motion of Plaintiff, Town of Sturbridge, to Remand to State Court, as counsel for the Plaintiff, to the following counsel:

Vincent J. McCaughey, Esq.
807 Main Street
P.O. Box 601
Warren, MA 01083

Ginny Sinkel, Esq.
Assistant Attorney General
Government Bureau
1 Ashburton Place
Room 2019
Boston, MA 02108

Michael J. Coyne, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

Janet H. Pumphrey, Esq.
45 Walker Street
Lennox, MA 01240

Thomas J. Harrington, Esq.
Pickett, Miyares & Harrington, LLP
124 Watertown Street
Watertown, MA 02472

Carole Sakowski-Lynch, Esq.
Morrison Mahoney, LLP
1500 Main Street
Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387

Dated: February 15, 2005

/s/Patrick J. Costello
Patrick J. Costello, Esq.