UNITED STATES DISTRICT FOR THE
CENTRAL DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40002-FDB

TOWN OF STURBRIDGE,
Plaintiff

v.

THE TANTASQUA REGIONAL
SCHOOL DISTRICT, TOWNS OF
BRIMFIELD, BROOKFIELD,
HOLLAND AND WALES, AND DAVID
DRISCOLL, in his capacity as
COMMISSIONER OF EDUCATION
FOR THE MASSACHUSETTS
DEPARTMENT OF EDUCATION,
Defendants

AFFIDAVIT OF SERVICE

I, the undersigned, Patrick J. Costello, Esq. do hereby date and depose the following:

1.  I am an attorney duly qualified and admitted to the bar of the Commonwealth of Massachusetts, having been engaged in the practice of law since January 1985.

2.  In my capacity as counsel for the Plaintiff, Town of Sturbridge, in the above-referenced action, I caused to be filed with the Worcester Superior Court a Civil Action Cover Sheet and Complaint on December 3, 2004.

3.  Thereafter, pursuant to the provisions of Mass. R. Civ. P. 4(d)(3) and (4), I effected service of a Summons and copy of the aforementioned Complaint upon each of the Defendants named in said Complaint as follows:

   a.  Service by certified mail return receipt requested on December 18, 2004 upon the Town Clerk of the Town of Brimfield (see Attachment A hereto);

b. Service by certified mail return receipt requested on December 14, 2004 upon the Town Clerk of the Town of Wales (see Attachment B);

c. Service by certified mail return receipt requested on December 13, 2004 upon the Town Clerk of the Town of Holland (see Attachment C);

d. Service by certified mail return receipt requested on December 13, 2004 upon the Town Clerk of the Town of Brookfield (see Attachment D);

e. Service by certified mail return receipt requested upon David P. Driscoll, Commissioner of the Commonwealth of Massachusetts Department of Education on December 13, 2004, and, in compliance with the provisions of Mass. R. Civ. P. 4(3) upon Thomas F. Reilly, Attorney General of the Commonwealth of Massachusetts on December 13, 2004 (see Attachment E); and

f. Service by certified mail return receipt requested upon the Chairman of the Tantasqua Regional School District, Treasurer of the Tantasqua Regional School District and Superintendent of the Schools of the Tantasqua Regional School District on December 13, 2004 (see Attachment E).

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 14TH DAY OF FEBRUARY, 2005.

THE TOWN OF STURBRIDGE,
By its Attorneys,

Patrick J. Costello, Esq.
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305
BBO# 543761

Dated: February 14, 2005

2

## CERTIFICATE OF SERVICE

I, Patrick J. Costello, hereby certify that on the below date, I served a copy of the foregoing Affidavit of Service as counsel for the Plaintiff, by first class mail, postage prepaid, to the following counsel:

Vincent J. McCaughey, Esq.
807 Main Street
P.O. Box 601
Warren, MA 01083

Michael J. Coine, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

Thomas J. Harrington, Esq.
Pickett, Miyares & Harrington, LLP
124 Watertown Street
Watertown, MA 02472

Ginny Sinkel, Esq.
Assistant Attorney General
Government Bureau
1 Ashburton Place
Room 2019
Boston, MA 02108

Janet H. Pumphrey, Esq.
45 Walker Street
Lennox, MA 01240

Carole Sakowski-Lynch, Esq.
Morrison Mahoney, LLP
1500 Main Street
Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387

_/s/ Patrick J. Costello_    2-14-05

# ATTACHMENT "A"

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 12/18/04 |
| 1. Article Addressed to:<br>Town Clerk<br>Town of Brimfield<br>Brimfield Town Hall<br>21 Main Street<br>Brimfield, MA 01010 | D. Is delivery address different from item 1? ☒ Yes<br>If YES, enter delivery address below: ☐ No<br>PO Box 508<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0000 9261 3936 |

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-154

# ATTACHMENT "B"

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Kaye Worth_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>KAYE WORTH  12-14-04<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>TOWN CLERK<br>TOWN OF WALES<br>MUNICIPAL BUILDING<br>3 HOLLOW ROAD<br>P.O. BOX 834<br>WALES MA 01081 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service la | 7004 2510 0000 9261 3844 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-154 |

# ATTACHMENT "C"

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Carek Iversn_ ☐ Agent ☒ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 12/13/04 |
| 1. Article Addressed to:<br>Town Clerk<br>Town of Holland<br>27 Starbridge Road<br>Holland MA 01521 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0000 9261 3899 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

# ATTACHMENT "D"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Town Clerk
   Town of Brookfield
   Municipal Building
   6 Central Street
   Brookfield MA 01506

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Lois Moores_   ☒ Agent   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 12/13/04

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0000 9261 3882

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# ATTACHMENT "E"

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>David P. Driscoll<br>Commissioner<br>Department of Education<br>350 Main Street<br>Malden MA 02148-5023 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>DEC 13<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0000 9261 3851 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X William J. Coughlin ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  DEC 13 2004 |
| 1. Article Addressed to:<br>Thomas F. Reilly,<br>Attorney General<br>Office of the Attorney General<br>One Ashburton Place<br>20th Floor<br>Boston MA 02108 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0000 9261 3950 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# ATTACHMENT "E"

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chairman
   Tantasqua Regional School District
   320 Brookfield Road
   Fiskdale MA 01518

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]          ☐ Age
                       ☐ Ad

B. Received by (Printed Name)    C. Date of
                                 12/13

D. Is delivery address different from item 1? ☐ Y
   If YES, enter delivery address below:      ☐

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for M
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐

2. Article Number (Transfer from service label)
   7004 2510 0000 9261 3929

PS Form 3811, February 2004    Domestic Return Receipt    102

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Treasurer
   Tantasqua Regional School District
   320 Brookfield Road
   Fiskdale MA 01518

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]          ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 12/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☒ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0000 9261 3905

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Superintendent of Schools
   Tantasqua Regional School District
   320 Brookfield Road
   Fiskdale MA 01518

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]          ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 12/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0000 9261 3912