UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  05-40002-FDB

| | |
|---|---|
| TOWN OF STURBRIDGE,<br><br>          Plaintiff<br><br>v.<br><br>THE TANTASQUA REGIONAL SCHOOL DISTRICT, TOWNS OF BRIMFIELD, BROOKFIELD, HOLLAND AND WALES, AND DAVID DRISCOLL, IN HIS CAPACITY AS COMMISSIONER OF EUCATION FOR THE MASSACHUSETTS DEPARTMENT OF EDUCATION,<br><br>          Defendants | **THE DEFENDANT, TOWN OF BRIMFIELD'S MOTION TO EXTEND TIME TO RESPOND TO MOTIONS TO REMAND** |

Now comes counsel for the Defendant, Town of Brimfield, and hereby requests that the Court extend the deadline by which he must respond to the various Motions to Remand this matter back to State Court up to and including March 15, 2005.

As reasons therefor, counsel represents to the Court that said motions were served just prior to his leaving for vacation (counsel is now on vacation) and that he has been unable to obtain the assent of Plaintiff's counsel.  All other remaining counsel have assented to the allowance of this Motion.

The Defendant,
Town of Brimfield,
By Its Attorney,

/s/Michael J. Coyne
MICHAEL J. COYNE, ESQUIRE
BACON & WILSON, P.C.
33 State Street
Springfield, MA 01103
Ph: (413) 781-0560
Fax: (413) 739-7740
BBO# 541834
February 23, 2005

## CERTIFICATE OF SERVICE

I, MICHAEL J. COYNE, hereby certify that on February 23, 2005, I caused a copy of the foregoing **Defendant, Town of Brimfield's Motion to Extend Time to Respond to Motions to Remand** to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to:

Patrick J. Costello, Esquire
Merrick, Louison & Costello
67 Batterymarch
Boston, MA  02110

Ginny Sinkel, Assistant Attorney
  General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108

Vincent J. McCaughey, Esquire
P.O. Box 601
807 Main Street
Warren, MA  01083

Janet H. Pumphrey, Esquire
45 Walker Street
Lenox, MA  01240

Thomas J. Harrington, Esquire
Pickett, Miyares & Harrington, LLP
124 Watertown Street
Watertown, MA 02472

Carole Sakowski-Lynch, Esquire
Morrison Mahoney, LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387

 /s/Michael J. Coyne
MICHAEL J. COYNE

369998

2