UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  05-40002-FDB

| | |
|---|---|
| TOWN OF STURBRIDGE,<br><br>　　　　Plaintiff<br><br>v.<br><br>THE TANTASQUA REGIONAL SCHOOL DISTRICT, TOWNS OF BRIMFIELD, BROOKFIELD, HOLLAND AND WALES, AND DAVID DRISCOLL, IN HIS CAPACITY AS COMMISSIONER OF EUCATION FOR THE MASSACHUSETTS DEPARTMENT OF EDUCATION,<br><br>　　　　Defendants | **ASSENT OF THE DEFENDANT, TOWN OF BRIMFIELD, TO MOTIONS TO REMAND TO STATE COURT** |

　　　　Now comes the Defendant, Town of Brimfield, and having removed this matter from the Worcester County Superior Court to this Court, hereby assents to the Motions filed by the Defendants, David Driscoll, in his capacity as Commissioner of Education for the Massachusetts Department of Education and Town of Wales; and the Plaintiff, Town of Sturbridge, to Remand this case to Worcester County Superior Court.

　　　　As reasons therefor, the Defendant, Town of Brimfield states that all Defendants have refused to consent to the removal and therefore, pursuant to applicable case law, the matter must be remanded to the Worcester County Superior Court.

>The Defendant,
>Town of Brimfield,
>By Its Attorney,
>
>       /s/Michael J. Coyne
>MICHAEL J. COYNE, ESQUIRE
>BACON & WILSON, P.C.
>33 State Street
>Springfield, MA 01103
>Ph:  (413) 781-0560
>Fax:  (413) 739-7740
>BBO# 541834
>March 9, 2005

## CERTIFICATE OF SERVICE

I, MICHAEL J. COYNE, hereby certify that on March 9, 2005, I caused a copy of the foregoing **Assent of the Defendant, Town of Brimfield to Motions to Remand to State Court** to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to:

Patrick J. Costello, Esquire
Merrick, Louison & Costello
67 Batterymarch
Boston, MA  02110

Ginny Sinkel, Assistant Attorney
   General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108

Vincent J. McCaughey, Esquire
P.O. Box 601
807 Main Street
Warren, MA  01083

Janet H. Pumphrey, Esquire
45 Walker Street
Lenox, MA  01240

Thomas J. Harrington, Esquire
Pickett, Miyares & Harrington, LLP
124 Watertown Street
Watertown, MA 02472

Carole Sakowski-Lynch, Esquire
Morrison Mahoney, LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387

>       /s/Michael J. Coyne
>MICHAEL J. COYNE

372319