UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Town of Sturbridge,
    Plaintiff(s)

V.

CIVIL ACTION
NO. 05-40002-FDS

The Tantasqua Regional School District, et al.,,
    Defendant(s)

**SAYLOR, D.J.**

**ORDER FOR REMAND**

In accordance with the Court's allowance of the motions to remand issued on 3/10/05 it is hereby ORDERED that the above-entitled action be and hereby is REMANDED to Worcester Superior Court for further proceedings.

By the Court,

DATED: March 11, 2005

/s/ Martin Castles
Deputy Clerk